The court your honor deems Lawson a great criminal. Mr. McBride. He's a misdemeanor offender. He's a misdemeanor offender.  He's a misdemeanor offender. He's a misdemeanor offender. I understand your objection sir. In the case the court your honor, in this case he calls McCrude a deceitful wizard who has the honorable quibble of two consensual life sentences under the art of trial which involve 108 years. He tried. He turned down a plea agreement with 15 years. The reason he did that was because his trial counsel never told him of the extent of the risk that he was facing in coming to trial in a case where he was the sole owner of the property. Mr. Colbert applies to the House of Rehabilitation. He applies to the House of Rehabilitation, your honor. So I think it's a very great opportunity for the House of Rehabilitation to use that opportunity for us. I believe Mr. Colbert is mistaken. Where he did it both at the state court and at the federal court level, where he had the case that all that he was told was that his future was somewhere between 16 to 40 years if he went to trial. And also, again, in the primary witness of the case, the strong testimony of security commission was that if he went to trial, he could very well do better than 16 to 24 years or do better than 15 years. They argued that Mr. Colbert could do better. When he told that the assumption was that he was going to be sentenced to 14 years, did he say that? Yes, I absolutely did. Mr. Colbert said this in his declaration at the state court that he was told in an early on in the case, he was told in a very early on in the case, that the advice was incorrect because he replaced me in the case with a lot of statement that didn't conform to it. And at that time, the offense that he advised was that he was looking at as much as 15 years to 12 months. I have to say that there is confusion about what he's talking here. And the range of 16 to 24 years is easily assessed. Let's take a look at the case that was filed earlier, that was filed this morning. And if you make certain assumptions about whether or not he had 14 years, Mr. Colbert in the case of 16 to 24 and other sentences, there is also a range. These are again, a set. Well, there is also the fact that he was sentenced to 18 years. I'm told of the 16 to 24 year exposure. How does that make sense to you? You know, I mean, that was the statement, right? You know, all of these connections that you're making to show that he has been in a very violent situation. Well, it seems to me exactly. It's certainly one of the problems in this case is that you don't know how to continue to monitor what offers were made to the respondent. It seems that there was an offer of a statement at a very early stage in the case before, or at the early stage in the case, prior to the preliminary. If that were true, then even the complaint would be the operative, would be the operative case. So, what I'm trying to say is that, I mean, I think that there is a range of ages, and it doesn't make sense. If we say that 16 to 24 was his time for a case, then there is a range of ages. So, what happened? I mean, what happened? Did he get anything out of it? Is there a line of separation? We don't accept for the declaration that there's no case file for the current year perjury, which is asking for a continuous misdirection. And, in fact, that's the reason it's known that the success of the trial that my client is facing was a mixed exposure of 70 years. Now, at that time, the operative's meeting would have been the invasion. And, in my opinion, right now, I can't figure out how she chose a specific interest, or did you expose her at that time, so that there's no change in the years? And, she didn't even know what to do about it. So, what happened? I mean, 70 years, and he's really just, you know, with respect to the information that she asserted later on, I don't understand. So, she was sentenced to 16 years, and he's having the violation of his conviction. Okay. So, if you, if you take that, if you take the social justice, civil security, and you assume that there would be a mitigated term to calibrate the op-ed 604, which is less than everything in the 38 years, and at the time of that statement, you get a, you get an exposure of something like six, I think it was something like six, 64 years, and not 70 years. So, you know, there are such humane consequences of your information as well. I mean, I don't, I don't think that, in this case, of course, the litigation that happened, he wanted to assertion the cases in a total sense of science, and look at every possible assumption. For some reason, I'm sorry. I don't know how to interpret that. It's in any way to me that you're talking about something that also is very complicated and, you know, it's a struggle for me, for many years of my life, but I just can't agree with you. I can't agree with your perspective and our understanding of what education really is. So, what's the statute? And, to the general case, the significance of this, I don't specifically understand the statute, but there's a law court, you know, for the reason that Hankers is a trade element, but there's a law court in, you know, within Hatch Law, which within Hankers calculates that the, and one of the essential essences of the statute, the issues that permeated the case was the issue of 654. And 654, as you know, says that if there are certain products that are considered as part of one transaction, a currency, that you can be punished for only if your trade has a certain instance. And that's, that's an issue that simply permeated this. I don't think those arguments are even substantive. And the counsel seems to have assumed for a long time that this is pure operating law, that just everything that is a part of a transaction has an instance. And that's very much true. In fact, the, the sentence in this case was quite explicit. It doesn't matter. It is something that the case, it's what the administer is able to have in part. And we're pursuing, we're easily shifting some of the cases. That was originally dated as 16. So with that sentence we've gotten eight, While the, the, so in, in an example that somebody in the case did not have you in the translation written, is in this clause itself. Which is applied within legislative Wakened and all other parts of the law so that we were able to do that. So, how do we get rid of it? And how do we get back to the person that used to be involved? Or is it both? Is it, is Vivian, is that what you're talking about? Sure. Okay. I think first of all you're talking about the advice that was given. Of course you suggested that maybe if you've got a child that's able to grow, there's obviously something to be talking for. And the Constitution is being, when this is being prepared for, you should, you should be talking to them. You should be talking to the counsel. So, I think that you're interrupting 15 years of the argument. And obviously, here's the reason why we believe that. And we're going to have to try to, but I think that counsel said that even since 1624, if you compare counsel as an obligation to be a brother, counsel as an obligation to be a publisher of a book, it's a very different thing. Thank you for your response. I just wanted to clarify, actually, I'm going to be brief. I just wanted to clarify the subject here. When you're in a jail, you're going to be sent to your school superintendent at the time the deal was made. So, you're supposed to have one of the superintendents training you at that time. You're not going to be able to do anything. You're going to be sent to a separate family. And you're going to be only able to refer to your schools when the deal was made. But if you're wondering right now, you have to be across your stairs now. It's quite clear that there are two schools, two people that are students, two people that are engineers, two people that are community-inspired, two people that are students, two people that are hearing. So, I just want to give you a little bit of background. The first thing is that we're talking about the culinary period. As of March 23rd, 2019, at that time, there were a percentage of English and non-English students at the university. So, this is a 20-page note written by a teacher's calculation. And he was based in America for 25 years. So, I'm not going to read it out loud. I just wanted to let you know. So, I'm going to read it out for you. According to the teacher's calculations, and being raised in America for 25 years, so much has happened. I'm just quickly, I need to also update you. The 20-page note is being called out. I felt like I needed to share this with you. I'm going to get back to the translation. So, I'm going to read it. So, as he said, at the point about culinary school, also, I'm not familiar with the time-lapse moments that you see here. I'm not sure what the purpose is. So, I'll look at that in a second.
judges: Schroeder, Nguyen, Adelman